STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Angelia K. Courtney

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANGELIA K. COURTNEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 5:22-cv-01914-JWH-DFM<br><br>**ORDER** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $3,072.22 as authorized by 28 U.S.C. § 2412, and no costs be awarded subject to the terms of the Stipulation.

DATED: June 23, 2023

　　　　　　　　　　　　　　　　　　　HON. DOUGLAS F. MCCORMICK
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE